UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Derrick Williams,<br><br>                        Plaintiff,<br><br>        v.<br><br>Mark Radi, et al.,<br><br>                        Defendants. | Case No. 2:20-cv-01535-JAD-BNW<br><br>**ORDER** |

Plaintiff submitted initiating documents to this Court on August 19, 2020. (ECF No. 1.) Plaintiff did not pay the filing fee for this case or file an application to proceed *in forma pauperis*.

If Plaintiff is unable to pay the filing fee in this case, Plaintiff must complete an application to proceed *in forma pauperis* under 28 U.S.C. § 1915(a)(1) and Local Special Rule ("LSR") 1-1. The court will retain Plaintiff's complaint (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

IT IS THEREFORE ORDERED that the Clerk of the Court must send Plaintiff the approved form application to proceed *in forma pauperis*, as well as the document titled "Information and Instructions for Filing an *In Forma Pauperis* Application."

IT IS FURTHER ORDERED that by September 21, 2020, Plaintiff must either: (1) file a complete application to proceed *in forma pauperis* in compliance with 28 U.S.C. § 1915(a)(1) and LRS 1-1; or (2) pay the full $400 fee for a civil action, which includes the $350 filing fee and the

$50 administrative fee.  Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

DATED: August 20, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE