# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Derrick Williams, | Case No. 2:20-cv-01535-JAD-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| Mark Radi, et al., | |
| Defendants. | |

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 13. Plaintiff was given until August 27, 2021 to do so. *Id.* The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court might recommend that this case be dismissed. *Id.* Plaintiff did not file an amended complaint or otherwise respond to this Court's order. Accordingly, it appears Plaintiff abandoned his case.

IT IS THEREFORE RECOMMENDED that Plaintiff's case be dismissed without prejudice and this case closed.

## NOTICE

This report and recommendation is submitted to the United States district judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely

objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: September 17, 2021

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE